Arnie C. DIENOFF, Plaintiff/Appellant,

v.

COMMUNITY FIRE PROTECTION DISTRICT OF THE COUNTY OF ST. LOUIS, Kathleen Burkett, Lillian Kent, and William Klinghammer, Defendants/Respondents.

No. 71669.

Missouri Court of Appeals,
Eastern District,
Division Six.

Aug. 5, 1997.

Kenneth H. Gilbert, St. Louis, for plaintiff/appellant.

Joseph A. Lott, Clayton, for defendants/respondents.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

Plaintiff appeals from the judgment dismissing his petition for injunctive and declaratory relief. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Gonzales GALAVIZ, Appellant,

v.

STATE of Missouri, Respondent.

No. 72247.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 5, 1997.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Gonzales Galaviz, appeals the judgment of the Circuit Court of Jefferson County denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).